### ASA CROOM ET ALS. v. CHARLES F. DUNN.

(Filed 1 October, 1924.)

APPEAL by defendant from *Allen, J.;* made at chambers in LENOIR, 2 July, 1924.

*Cowper, Whitaker & Allen for plaintiffs.*
*Charles F. Dunn in propria persona.*

PER CURIAM. From a careful examination of the record, we think the judgment of the court below was in accordance with law.

No error.

---

### MILLARD MIAL v. H. A. UNDERWOOD.

(Filed 8 October, 1924.)

APPEAL by defendant from *Grady, J.,* at March Term, 1924, of WAKE.

*J. W. Bailey and W. B. Jones for plaintiff.*
*Willis Smith and R. C. Maxwell for defendant.*

PER CURIAM. A careful examination of the record convinces us that this case has been tried in substantial compliance with the law, and that sufficient cause for a new trial has not been shown.

No error.